IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEPHANE RICHARD,                          )
an individual,                             )
                    Plaintiff,             )
                                           )
v.                                         )          Case No. 04-2499-KHV
                                           )
LEW PERKINS, in his                        )
official capacity, and STANLEY             )
REDWINE, in his official capacity,         )
                                           )
                    Defendants.            )
_____        )

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this  29th  day of March, 2006, this matter comes before the court by

agreement of counsel for all parties. Plaintiff, Stephane Richard, appears *pro se*; defendant, Lew

Perkins (hereinafter "Perkins"), appears by and through his counsel of record, Sara Trower of the

University of Kansas; and defendant Stanley Redwine (hereinafter "Redwine"), appears by and

through his counsel of record, Wyatt M. Wright of Foulston Siefkin LLP.  Hereafter, Perkins and

Redwine will also be collectively known as the "defendants"

WHEREUPON, counsel stipulate that plaintiff, Stephane Richard, desires to dismiss his

claims and causes of action herein against defendants and that his case against the defendants

should be dismissed with prejudice.

WHEREUPON, having reviewed and examined the file and noting the stipulation of

counsel, the court finds that plaintiff, Stephane Richard's case against the defendants should be

dismissed with prejudice; and that any and all claims and causes of action that plaintiff, Stephane

Richard, has against the defendants shall be and hereby are dismissed with prejudice.

IT IS THEREFORE ORDERED that this case be and is hereby dismissed with prejudice.

and that any and all claims and causes of action that plaintiff, Stephane Richard, has against the defendants shall be and are hereby dismissed with prejudice.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
UNITED STATES XXXXXXXXXXXJUDGE
DISTRICT

APPROVED:

Stephane Richard, *Pro Se*
Walden Court
Building WW, Apt. 104
Lawrence, KS  66049

Sara L. Trower, #21514
Associate General Counsel
The University of Kansas
Strong Hall
1450 Jayhawk Blvd., Rm. 245
Lawrence, KS  66045-7535
Telephone:  785/864-3276
*Attorney for Defendant Lew Perkins*

Wyatt M. Wright, #10683
FOULSTON SIEFKIN LLP
1551 N. Waterfront Pkwy., Suite 100
Wichita, KS  67206-4466
Telephone:  316/267-6371
*Attorneys for Defendant Stanley Redwine*